IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 25-CR-00114-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

    1.  JOEL GONZALEZ-GONZALEZ,

      Defendant.

---

### UNOPPOSED MOTION FOR EXPEDITED SENTENCING HEARING

---

Joel Gonzalez-Gonzalez, through counsel, respectfully requests that this Court order an abbreviated presentence investigation report and schedule an expedited sentencing hearing. In support of this request, Mr. Gonzalez states the following:

On March 20, 2025, the government filed a complaint alleging one count of misdemeanor escape from immigration detention, in violation of 18 U.S.C. § 751(a). (Doc. 1). Mr. Gonzalez appeared, in-custody, on the complaint on March 21, 2025. (*See* Doc. 4). A detention hearing was held March 26, 2025, at which Mr. Gonzalez proffered evidence of his community ties to his home in Sun Valley, Nevada, including the fact that he has been married to his wife, Karissa Rivas – a United States citizen, for more than ten years and that they have seven children together, who are also United States citizens. The Court issued an order detaining Mr. Gonzalez. The government filed an information charging Mr. Gonzalez with one count of misdemeanor escape on April 3, 2025.

The government provided initial discovery, consisting of only 13 pages of ICE reports that did not appear to have been written by anyone with personal knowledge of this case, on April 18, 2025. Special Assistant United States Attorney (SAUSA) Elizabeth Puskar informed defense counsel that additional disclosures were pending. On May 7, 2025, Mr. Gonzalez and his co-defendant, Geilond Vido Romero, filed an Unopposed Joint Motion to Exclude Sixty Days from Speedy Trial Act. (Doc. 27). A continuance was undesirable, but necessary because the initial discovery was woefully incomplete.

Mr. Gonzalez and the government have reached an agreement whereby Mr. Gonzalez will plead guilty to the sole count in the information and the government will recommend a sentence of time served. Mr. Gonzalez has been in custody for 94 days as of the date of this filing.[1] The parties calculate his guideline range at 0-6 months.

Preparation of a full PSIR will prolong Mr. Gonzalez's incarceration well beyond the government's agreed-upon recommendation of time served and likely beyond the high end of the guideline range for this offense. Even setting aside the time required for Probation to conduct a presentence investigation and prepare a report, "[t]he probation officer must give the presentence report to the defendant, the defendant's attorney, and an attorney for the government at least 35 days before sentencing unless the defendant waives this minimum period".  F.R.Crim.P. 32(e)(2).  Compliance with the timelines set forth in F.R.Crim.P. 32 would necessarily result in Mr. Gonzalez serving far more than the maximum recommended sentence of time served outlined in his plea agreement. Because Mr. Gonzalez requests the earliest available sentencing date, he is willing to waive the timelines set forth in F.R.Crim.P. 32.

---

[1] According to the Return on the executed Arrest Warrant (Doc. 8), Mr. Gonzalez was arrested March 21, 2025.

2

Pursuant to F.R.Crim.P. 32(c)(1)(A)(ii), a court may immediately sentence a defendant without the benefit of a presentence investigation by Probation if the Court finds that the information in the record enables it to immediately exercises its sentencing order under 18 U.S.C. § 3553, and the court explains its findings on the record. In other similar cases in this district, the United States Probation Office has prepared an abbreviated sentencing report. *See*, *e.g., United States v. Bartholomew Ford*, 21-CR-00287-DDD. The government does not oppose Mr. Gonzalez's expedited sentencing hearing. In order to proceed to an expedited sentencing hearing, Mr. Gonzalez is willing to waive the requirement for a full PSIR and the timelines set forth in F.R.Crim.P. 32. Furthermore, Mr. Gonzalez will submit a sentencing statement outlining the relevant Section 3553 factors before the hearing.

WHEREFORE, Mr. Gonzalez respectfully requests that this Court expedite the plea and sentencing hearings to the earliest available date(s).

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Kilie Latendresse
KILIE LATENDRESSE
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kilie.latendresse@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

Elizabeth Puskar, Special Assistant United States Attorney
Elizabeth.Puskar@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Joel Gonzalez-Gonzalez

s/Kilie Latendresse
KILIE LATENDRESSE
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kilie.latendresse@fd.org
Attorney for Defendant

4